1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL GOMEZ, | ) Case No. CV 09-4867 DSF(JC) |
| Petitioner, | ) ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| v. | ) RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| JAMES A. YATES, | ) JUDGE |
| Respondent. | ) |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the United States Magistrate Judge's Report and Recommendation.

IT IS HEREBY ORDERED that Respondent's Motion to Dismiss the Petition is denied and that Respondent shall file an Answer to the Petition within thirty (30) days of the entry of this Order.

///
///
///

1

1        IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order

2  and the United States Magistrate Judge's Report and Recommendation on

3  Petitioner and on counsel for Respondent.

4        IT IS SO ORDERED.

5               9/13/10

6      DATED: _____

7

8                         _____

9                         HONORABLE DALE S. FISCHER
                             UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2